# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WOODARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.: 1:16-cv-01219 |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, a foreign corporation d/b/a/ AMTRAK, CHICAGO UNION STATION COMPANY, a/k/a CUSCo, an Illinois corporation, U.S. EQUITIES ASSET MANAGEMENT, LLC, UNITED BUILDING MAINTENANCE, an Illinois corporation, and JONES LANG LASALLE AMERICAS, INC., a foreign Corporation, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff KENNETH WOODARD and all named Defendants in this case by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of Defendant JONES LANG LASALLE AMERICAS, INC. from this action, without prejudice, the parties to bear their own costs and attorneys' fees. This matter shall continue against all other Defendants.

*Attorney for*
*Plaintiff, Kenneth Woodard*

**/s/Thomas G. Gorman**
Thomas G. Gorman
Schiff Gorman LLC
1 E. Wacker Dr., Suite 1100
Chicago, IL 60601
tgorman@schiff-law.com

*Attorney for*
*Defendant, Joes Lang LaSalle Americas Inc.*

**/s/Meghan A. Gonnissen**
Meghan S. Gonnissen
Ford & Britton, P.C.
120 N. LaSalle St., Suite 950
Chicago, IL 60601
mgonnissen@fordbritton.com

*Attorney for*
*Plaintiff, Kenneth Woodard*

**/s/Ryan T. McNulty**
Ryan T. McNulty
Schiff Gorman LLC
1 E. Wacker Dr., Suite 1100
Chicago, IL 60601
rmcnulty@schiff-law.com

*Attorneys for*
*Defendants, National Railroad Passenger*
*Corporation d/b/a Amtrak, Chicago Union*
*Station Company a/k/a CUSCo, U.S.*
*Equities Asset Management LLC*

**/s/Susan K. Laing**
Susan K. Liang
Anderson, Rasor & Partners, LLP
100 South Wacker Dr., Suite 1000
Chicago, IL 60606
Susan.laing@arandpartners.com

**/s/Sareh E. Nelson**
Sarah E. Nelson
Anderson, Rasor & Partners, LLP
100 South Wacker Dr., Suite 1000
Chicago, IL 60606
Sarah.nelson@arandpartners.com

*Attorney for*
*Defendant, United Building Maintenance*

**/s/Amy Kelly**
Amy Kelly
Law Offices of Meachum, Starck, Boyle and Traffman
225 W. Washington St., Suite 500
Chicago, IL 60606
Amy0100.kelly@libertymutual.com