IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WOODARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 16 C 1219 |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION, et al. | ) | Honorable Robert M. Dow Jr. |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by Plaintiff KENNETH WOODARD and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, CHICAGO UNION STATION COMPANY, CBRE, INC., and UNITED BUILDING MAINTENANCE by and through their respective attorneys, that Plaintiff's Complaint in the above-captioned matter be dismissed with prejudice, each party to pay its own costs, all matters having been settled.

Dated: 6/27/17

| | |
|---|---|
| KENNETH WOODARD | NATIONAL RAILROAD PASSENGER CORPORATION, CHICAGO UNION STATION COMPANY, AND CBRE, INC. |
| By: /s/ Ryan McNulty | By: /s/ Susan K. Laing |
| One of his attorneys | One of their attorneys |
| Schiff Gorman, LLC | Anderson, Rasor & Partners, LLP |
| 1 E. Wacker Drive, Floor 11 | 100 S. Wacker, Suite 1000 |
| Chicago, IL 60101 | Chicago, Illinois 60606 |
| (312) 345-7200 | (312) 673-7800 |
| tgorman@schifflaw.com | susan.laing@arandpartners.com |

UNITED BUILDING MAINTENANCE

By: /s/ Amy Kelly

Law Offices of Meachum, Boyle & Trafman
225 W. Washington Street, Suite 500
Chicago, IL 60606
(312) 726-6317
amy0100.kelly@libertymutual.com

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she served the foregoing **STIPULATION TO DISMISS** to:

> Thomas G. Gorman
> Ryan T. McNulty
> **Schiff Gorman LLC**
> One E. Wacker, 11th Floor
> Chicago, IL   60601
> tgorman@schiff-law.com
> rmcnulty@schiff-law.com
>
> Amy Kelly
> **Law Offices of Meachum, Starck, Boyle & Trafman**
> 225 W. Washington Street, Suite 500
> Chicago, IL   60606
> amy0100.kelly@libertymutual.com

by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel of record, on June 27, 2017.

SUBSCRIBED and SWORN TO
before me on this 27th day of June, 2017.

_Sharon F. Dinovo_
Notary Public

OFFICIAL SEAL
SHARON F. DINOVO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES
SEPTEMBER 4, 2018

ANDERSON, RASOR & PARTNERS, LLP
100 S. Wacker Drive
Suite 1000
Chicago, IL 60606
(312) 673-7800
susan.laing@arandpartners.com