UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kenneth Woodard

                                              Plaintiff,

v.                                                             Case No.: 1:16–cv–01219
                                                                Honorable Robert M. Dow Jr.

National Railroad Passenger Corporation, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation to dismiss [37] filed on 6/27/17, this action is dismissed with prejudice, each party to pay its own costs. Status hearing set for 6/29/17 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.